# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:09mc2

|                          |   )   |
|--------------------------|-------|
| **IN RE: TAMMY LAMBERT.** | )     |
|                          |   )   |
|                          |   )   |

**THIS MATTER** is before the Court on the Order of Certification of Criminal Contempt to the District Court [Doc. 1].

On November 25, 2009, the Honorable Dennis L. Howell, United States Magistrate Judge, entered an Order certifying that there is probable cause to believe that Tammy Lambert is in contempt of this Court's Orders of October 30, 2009, constituting a criminal contempt, in violation of 28 U.S.C. § 636(e)(6)(B)(ii). The Order directed Ms. Lambert to appear before the undersigned on a date, time, and place to be set by the Clerk to show cause why she should not be adjudged in contempt. [Doc. 1]. A certified copy of this Order was served on Ms. Lambert. [See Doc. 3]. Subsequently, the Clerk noticed the show cause hearing for January 25, 2010 at 9:30 a.m. The Notice of Hearing was mailed to Tammy Lambert by certified mail, return receipt requested, but the Notice was returned unserved to the Clerk's Office on December 14, 2009.

Accordingly, **IT IS, THEREFORE, ORDERED** that Tammy Lambert shall appear before the Court on **January 25, 2010 at 9:30 a.m.** in the Courtroom of the United States Courthouse, 50 Main Street, Bryson City, North Carolina, and there **SHOW CAUSE** why she should not be adjudged in contempt by reasons of the facts so certified by the Magistrate Judge.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to provide a copy of this Order to Assistant United States Attorney Don Gast, Pretrial Services Officer Robert Ferguson, the Office of the Federal Defender, and the United States Marshals Service.

**IT IS FURTHER ORDERED** that in accordance with 28 U.S.C. § 636(e)(6)(B)(ii), the United States Marshal is **DIRECTED** to personally serve Tammy Lambert, 240 Fry Street, Bryson City, North Carolina, or wherever she may be found, with a certified copy of this Order and make a return of such service to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: December 14, 2009

Martin Reidinger
United States District Judge