**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL CASE NO. 2:09mc2**

|                          |   |           |
|--------------------------|---|-----------|
| **IN RE: TAMMY LAMBERT.** | ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

Rule 42(a)(2) of the Federal Rules of Criminal Procedure provides

that the Court must request that a criminal contempt matter be prosecuted

by an attorney for the Government, unless the appointment of another

attorney is required in the interest of justice.  Fed. R. Crim. P. 42(a)(2).

Having determined that the interest of justice does not require the

appointment of an attorney other than one for the Government, the Court

hereby **REQUESTS** that counsel for the Government appear before the

Court on January 25, 2010 at 9:30 a.m. in the Courtroom at the United

States Courthouse, 50 Main Street, Bryson City, North Carolina, and there

prosecute the Respondent Tammy Lambert for contempt, by reasons of

the facts as previously certified by the Magistrate Judge in this case.

Should the Government decline the Court's request, the Government shall

so notify the Court promptly so that another attorney may be appointed to prosecute the contempt.  <u>See</u> Fed. R. Crim. P. 42(a)(2).

The Clerk of Court is **DIRECTED** to provide a copy of this Order to United States Attorney Edward R. Ryan; Assistant United States Attorney Don Gast; Pretrial Services Officer Robert Ferguson; and attorney Tony E. Rollman.

**IT IS SO ORDERED.**

Signed: January 19, 2010

Martin Reidinger
United States District Judge