# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## MISCELLANEOUS CASE NO. 2:09mc2

| | |
|---|---|
| IN RE: TAMMY LAMBERT. | **A M E N D E D** <br> **J U D G M E N T** |

**THIS MATTER** came before the Court upon an Order requiring Tammy Lambert to show cause why she should not be held in criminal contempt.

The Defendant having appeared with counsel in open court on January 25, 2010, to answer such Show Cause Order, and the Court having found beyond a reasonable doubt from the evidence presented that on or about November 2, 2009, Tammy Lambert, acting as a court appointed third-party custodian, committed criminal contempt of this Court by violating the Court's oral and written orders, directions, and instructions provided to her in open court on October 30, 2009, and further disobeying instructions contained and acknowledged by her in the written conditions of release issued in United States v. Jonathan T. Lackey, 2:09cr29-3 (W.D.N.C. 2009), as stated in those findings and conclusions announced in open court and upon the record, which is incorporated herein by reference,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Court finds that Tammy Lambert is in criminal contempt of this Court.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant Tammy Lambert is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of three (3) consecutive weekends, to commence immediately. The Defendant shall report as directed by the United States Marshal by 6:00 p.m. on each Friday and shall be released as of 6:00 p.m. on each Sunday.

The Clerk of Court is **DIRECTED** to provide a copy of this Judgment to counsel for the Government, counsel for the Defendant, and the United States Marshal.

**IT IS SO ORDERED.**

Signed: October 21, 2010

Martin Reidinger
United States District Judge